UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.  SACV 14-1313-JLS (ANx)                              Date:  September 25, 2014
Title:  Melissa Ghafoori v. OnX USA LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                  N/A    
  Deputy Clerk                                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2014-00733923**

     Defendant OnX USA LLC filed a Notice of Removal on August 22, 2014, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332.  (Doc. 1.)  On September 8, 2014, the Court ordered Defendant to show cause in writing, no later than September 22, 2014, why this action should not be remanded for lack of subject matter jurisdiction.  (Doc. 13.)  In the Order, the Court explained that Defendant had failed to establish its citizenship.  (*Id.*)  The Court also stated as follows: "[i]f Defendant fails to respond by the above date, the Court will remand the action."  (*Id.*)  To date, Defendant has not filed a response.  Accordingly, the Court REMANDS this action to Orange County Superior Court, Case No. 30-2014-00733923.

                                                                                                                        Initials of Preparer:  tg